**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MOHAMMAD AL-ADAHI, et al., | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-280 (GK) |
| | : | |
| BARACK H. OBAMA, et al., | : | |
| | : | |
| Respondents. | : | |

_____ :

|  |  |  |
|---|---|---|
| RAFIQ BIN BASHIR BIN JALLUL ALHAMI, et al., | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-359 (GK) |
| | : | |
| BARACK H. OBAMA, et al., | : | |
| | : | |
| Respondents. | : | |

_____ :

|  |  |  |
|---|---|---|
| FARHI SAEED BIN MOHAMMED, et al., | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-1347 (GK) |
| | : | |
| BARACK H. OBAMA, et al., | : | |
| | : | |
| Respondents. | : | |

_____ :

|  |  |  |
|---|---|---|
| JIHAD DHIAB, et al., | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 05-1457 (GK) |
| | : | |
| BARACK H. OBAMA, et al., | : | |
| | : | |
| Respondents. | : | |

_____ :

HAMID AL RAZAK, <u>et</u> <u>al.</u>,          :
                                              :
            Petitioners,                      :
                                              :
            v.                                :          Civil Action No. 05-1601 (GK)
                                              :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,        :
                                              :
            Respondents.                      :
_____:
                                              :
ALLA ALI BIN ALI AHMED, _____:
<u>et</u> <u>al.</u>,                          :
                                              :
            Petitioners,                      :
                                              :
            v.                                :          Civil Action No. 05-1678 (GK)
                                              :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,        :
                                              :
            Respondents.                      :
_____:
                                              :
MOHAMMED AHMED TAHER, <u>et</u> <u>al.</u>, :
                                              :
            Petitioners,                      :
                                              :
            v.                                :          Civil Action No. 06-1684 (GK)
                                              :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,        :
                                              :
            Respondents.                      :
                                              :
_____

MUHAMMAD AHMAD ABDALLAH          :
AL ANSI, <u>et</u> <u>al.</u>,                :
                                              :
            Petitioners,                      :
                                              :
            v.                                :          Civil Action No. 08-1923 (GK)
                                              :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,        :
                                              :
            Respondents.                      :
                                              :
_____:

## ORDER

It is hereby ordered that Petitioners shall, from this date forward, file with the Court two copies of all classified submissions.

| | |
|---|---|
| | /s/ |
| August 11, 2009 | Gladys Kessler |
| | United States District Judge |

**Copies to**: Attorneys of Record via ECF